# MANDATE

D. Conn.
01-cv-2060
Covello, J.

United States Court of Appeals
FOR THE
SECOND CIRCUIT



At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 22nd day of September two thousand three,

Present:
    Hon. Pierre N. Leval,
    Hon. Robert D. Sack,
        *Circuit Judges,*
    Hon. Edward Korman,
        *Chief District Judge.*\*

Herschel Collins, *et al.*,
        Plaintiffs-Appellants,

v.                                                                                       03-7419

Ford Motor Credit Co., *et al.*,
        Defendants-Appellees.

Appellees have moved to dismiss the appeal for lack of jurisdiction. Upon due consideration, it is ORDERED that the motions to dismiss the appeal are granted and the appeal is dismissed. The Court lacks jurisdiction over this appeal because the notice of appeal is untimely pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *Deborah Holmes*
DEPUTY CLERK

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Oliva M. George*
Oliva M. George, Deputy Clerk

\*Hon. Edward Korman, Chief Judge of the U.S. District Court for the Eastern District of New York, sitting by designation.

SAO/GW    SEP 22 2003

ISSUED AS MANDATE: SEP 17 2004